UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DEVON BLAKE BADON** | **CIVIL ACTION NO. 2:21-00682**<br>**SECTION P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF'S OFFICE CAMERON PARISH, ET AL** | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 7] of the Magistrate Judge having been considered, no objections thereto having been filed, Plaintiff having failed to amend his Complaint within thirty (30) days of the filing of the Report and Recommendation as directed by the Magistrate Judge, and finding further that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Devon Blake Badon's Complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) and under Rules 41(b) and 16(f) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 30th day of July, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE